WILLIAM T. KIRBY *v.* LOUIS ZLOTNICK

The supplemental motion by the defendant dated April 22, 1969, to dismiss the appeal from the Superior Court in Fairfield County at Stamford is denied.

*Henry W. O'Brien,* for the appellee (defendant).

*James F. Bingham,* for the appellant (plaintiff).

Argued June 3—decided June 3, 1969

The motion by the defendant to erase or strike the plaintiff's request for a finding and draft finding in the appeal from the Superior Court in Fairfield County at Stamford is denied.

*Henry W. O'Brien,* on the motion.

*James F. Bingham,* in opposition.

Submitted April 28—decided June 3, 1969

NESTA E. WALDEN *v.* DANIEL E. LATTARULO

The motion by the plaintiff to dismiss the petition for certification for appeal from the Appellate Division of the Circuit Court is granted.

*William P. Lage,* for the appellee (plaintiff).

*Norman Sivin,* for the appellant (defendant).